JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHANFELD,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>        Defendants. | Case No. CV 24-8161-MWF(JPRx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL |

The Court has reviewed the parties' Joint Stipulation of Dismissal filed March 12, 2025. (Docket No. 18). For good cause shown, the Stipulation is approved. The entire action, including all claims and counterclaims stated against all parties, is hereby ORDERED DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: March 12, 2025

                                            MICHAEL W. FITZGERALD
                                            United States District Judge